IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TAJAN DURHAM, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 17-5793 |
| | : | |
| v. | : | |
| | : | |
| GOVERNOR TOM WOLF, JUDGE GAIL A. WEILHEIMER, PA. SUPREME COURT JUDGES, MONTGOMERY COUNTY, DISTRICT ATTORNEY, MONTGOMERY TOWNSHIP MAGISTRATE, | : | |
| | : | |
| Defendants. | : | |

## **ORDER**

**AND NOW**, this 28th day of February, 2018, for the reasons set forth in the separately filed memorandum opinion, it is hereby **ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE**.[1]

**IT IS FURTHER ORDERED THAT** the clerk of court shall mark this matter as **CLOSED**.

BY THE COURT:

  */s/ Edward G. Smith*  
EDWARD G. SMITH, J.

---

[1] The plaintiff may re-file this action within the applicable statute of limitations period by paying the full filing fee and administrative fee or submitting an application to proceed *in forma pauperis*. If the plaintiff does so, the clerk of court shall docket the application at a new civil action number.